IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF OKLAHOMA

In re:

Copper Tree, Inc.

Debtor.

Case No. 25-10084-M

Chapter 7

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a) and Bankruptcy Rule 7007.1, and Local Rules 1007-1, 2003-2, 7007.1-1 and 9014-1(B),

Copper Tree, Inc.

[Name of Corporate Party]
(check one):

    x Corporate Debtor
    Party to an adversary proceeding
    Party to a contested matter
    Member of committee of creditors

makes the following disclosure(s):

**All** corporations, other than a governmental unit, that directly **or indirectly** own ten percent
(10%) or more of any class of the corporation's equity interests are listed below:

| **Debtor** | **Name and Address of Equity Holder** | **Percentage of Equity Held** |
| --- | --- | --- |

OR

X There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated this January 23, 2025

        Respectfully submitted,
        Brown Law Firm PC by

        /s/ Ron Brown
        Ron Brown, OBA # 16352
        1609 E. 4th Street
        Tulsa, OK 74120
        (918) 585-9500
        (918) 585-5266 fax
        ron@ronbrownlaw.com