IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Copper Tree, Inc.,  ) | Case No. 25-10084-M |
| ) | Chapter 7 |
| Debtor.  ) | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

Please take notice and be advised that Gary M. McDonald of the firm McDonald Law, PLLC, hereby appears in the above referenced Chapter 7 case as counsel for The McFarlin Building, LLC, an Oklahoma limited liability company, and pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the Northern District of Oklahoma, respectfully requests that copies of all notices, applications, motions, orders, and all other papers given or filed in this case be given and served upon the undersigned at the following address, email address, or facsimile number:

>   Gary M. McDonald
>   McDonald Law, PLLC
>   15 W. 6th Street, Suite 2606
>   Tulsa, OK 74119
>   (918) 430-3700
>   (918) 430-3770
>   gmcdonald@mcdonaldpllc.com

Dated: January 28, 2025

>                Respectfully submitted,
>
>                */s/ Gary M. McDonald*
>                Gary M. McDonald, OBA No. 5960
>                McDonald Law, PLLC
>                15 West Sixth Street, Suite 2606
>                Tulsa, OK 74119
>                (918) 430-3700 – telephone
>                (918) 430-3770 – facsimile
>                gmcdonald@mcdonaldpllc.com
>
>                *Attorneys for The McFarlin Building, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 28, 2025, a true and correct copy of the foregoing pleading was served electronically on participants in the CM/ECF system according to local procedures.

/s/ *Gary M. McDonald*