**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **COPPER TREE, INC.** | ) | Case No.  25-10084-M |
| | ) | Chapter 7 |
| | ) | |
| **Debtor.** | ) | |

## ENTRY OF APPEARANCE

Please take notice that the undersigned attorney for the United States Trustee hereby enters her appearance and requests that all notices given or required to be given in these proceedings, and all papers served or required to be served in these proceedings, be served upon her at the mailing and email addresses set forth below.

February 4, 2025.

**ILENE J. LASHINSKY**
UNITED STATES TRUSTEE

*/s/ Karen Walsh*
Karen Walsh, OBA# 14690
224 S. Boulder, Suite 225
P.O. Box 3044
Tulsa, OK 74101
Ph: (918) 581-6686
karen.walsh@usdoj.gov