IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Copper Tree, Inc., | ) Case No. 25-10084-M |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

Please take notice and be advised that Maxfield J. Malone of the firm Pray Walker, P.C., hereby appears in the above referenced case as Counsel for Donna Keffer, an individual; and Mark Haskell, an individual; and pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the Northern District of Oklahoma, respectfully requests that copies of all notices, applications, motions, orders, and all other papers given or filed in this case be given and served upon the undersigned at the following address, email address, or facsimile number:

Maxfield J. Malone
PRAY WALKER, P.C.
21 N. Greenwood Ave., Suite 400
Tulsa, OK 74120-1904
Tel: (918) 581-5500
Fax: (918) 581-5599
mmalone@praywalker.com

Dated: February 6, 2025

Respectfully submitted,

*/s/ Maxfield J. Malone*
Maxfield J. Malone, OBA No. 34598
PRAY WALKER, P.C.
21 N. Greenwood Ave., Suite 400
Tulsa, OK 74120-1904
Tel: (918) 581-5500
Fax: (918) 581-5599
mmalone@praywalker.com

*Attorneys for Donna Keffer and Mark Haskell*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 6, 2025, a true and correct copy of the foregoing pleading was served electronically on participants in the CM/ECF system according to local procedures.

*/s/ Maxfield J. Malone*