FILED

2025 FEB 14  PM 12: 36

[U.S. BANKRUPTCY COURT]
[NORTHERN DISTRICT OF OK]

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Copper Tree, Inc., | ) | Case No. 25-10084-M |
| | ) | Chapter 7 |
| Debtor. | ) | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

Please take notice and be advised that Craig A. Brand, personally and individually, hereby appears in the above referenced Chapter 7 case as a creditor and equity holder of and in the debtor Copper Tree, Inc., and pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the Northern District of Oklahoma, respectfully requests that copies of all notices, applications, motions, orders, and all other papers given or filed in this case be given and served upon the undersigned at the following address, email address, or facsimile number:

> Craig A. Brand
> 11222 Oakshore Lane
> Clermont, Florida 34711
> Email: Craig@thebrandlawfirm.com

Dated: February 7, 2025

Respectfully submitted,

*/s/Craig A. Brand*
11222 Oakshore Lane
Clermont, Florida 34711
Email: Craig@thebrandlawfirm.com
Tel. (305) 878-1477
*Pro se*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 7, 2025, a true and correct copy of the foregoing pleading was served electronically on the US Trustee:

Patrick J. Malloy III
Malloy Law Firm, P.C.
401 S Boston Ave. Suite #500
Tulsa, OK 74103−3800
Contact phone 918−699−0345
Email: pjmiiim@sbcglobal.net

/s/ *Craig A. Brand*