## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **In re**<br><br>**COPPER TREE, INC.,**<br><br>Debtor. | Case No. 25-10084-M |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Enterprise Global Logistics, LLC, by and through its attorney of record, Kelley G. Loud of Titus Hillis Reynolds Love, hereby enters an appearance in the above captioned proceeding and respectfully requests that all notices or other documents filed by the Debtor or other parties in interest in this bankruptcy proceeding be addressed and properly served upon the following as counsel for Enterprise Global Logistics, LLC:

Kelley G. Loud
Titus Hillis Reynolds Love
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma  74103
(918) 587-6800
(918) 587-6822 – Facsimile
kloud@titushillis.com

Respectfully submitted this 19th day of February, 2025.

s/ Kelley G. Loud
Kelley G. Loud, OBA No. 15808
TITUS HILLIS REYNOLDS LOVE
15 E. Fifth Street, Suite 3700
Tulsa, OK  74133
Telephone: (918) 587-6800
Facsimile: (918) 587-6822
E-mail:  kloud@titushillis.com
*Attorney for Enterprise Global Logistics, LLC*
