# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br><br>Copper Tree, Inc.,<br><br>Debtor. | )<br>)<br>) Case No. 25-10084-M<br>) Chapter 7<br>)<br>) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

Please take notice and be advised that Maxfield J. Malone of the firm Pray Walker, P.C., hereby appears in the above referenced case as Counsel for Linda Jones, an individual; and pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the Northern District of Oklahoma, respectfully requests that copies of all notices, applications, motions, orders, and all other papers given or filed in this case be given and served upon the undersigned at the following address, email address, or facsimile number:

Maxfield J. Malone
PRAY WALKER, P.C.
21 N. Greenwood Ave., Suite 400
Tulsa, OK 74120-1904
Tel: (918) 581-5500
Fax: (918) 581-5599
mmalone@praywalker.com

Dated: February 20, 2025

                                             Respectfully submitted,

                                             */s/ Maxfield J. Malone*
                                             Maxfield J. Malone, OBA No. 34598
                                             PRAY WALKER, P.C.
                                             21 N. Greenwood Ave., Suite 400
                                             Tulsa, OK 74120-1904
                                             Tel: (918) 581-5500
                                             Fax: (918) 581-5599
                                             mmalone@praywalker.com

                                             *Attorneys for Linda Jones*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 20, 2025, a true and correct copy of the foregoing pleading was served electronically on participants in the CM/ECF system according to local procedures.

*/s/ Maxfield J. Malone*