IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Copper Tree, Inc., | ) Case No. 25-10084-M |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

Please take notice and be advised that Kevin P. Doyle of the firm Pray Walker, P.C., hereby appears in the above referenced case as Counsel for Linda Jones, an individual and pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the Northern District of Oklahoma, respectfully requests that copies of all notices, applications, motions, orders, and all other papers given or filed in this case be given and served upon the undersigned at the following address, email address, or facsimile number:

Kevin P. Doyle
PRAY WALKER, P.C.
21 N. Greenwood Ave., Suite 400
Tulsa, OK 74120-1904
Tel: (918) 581-5500
Fax: (918) 581-5599
kdoyle@praywalker.com

Dated: February 20, 2025

        Respectfully submitted,

        */s/ Kevin P. Doyle*
        Kevin P. Doyle, OBA No. 13269
        PRAY WALKER, P.C.
        21 N. Greenwood Ave., Suite 400
        Tulsa, OK 74120-1904
        Tel: (918) 581-5500
        Fax: (918) 581-5599
        kdoyle@praywalker.com

        *Attorneys for Linda Jones*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 20, 2025, a true and correct copy of the foregoing pleading was served electronically on participants in the CM/ECF system according to local procedures.

*/s/ Kevin P. Doyle*