**Fill in this information to identify the case:**

Debtor name: **Copper Tree, Inc.**

United States Bankruptcy Court for the: **Northern** District of **Oklahoma**
(State)

Case number (if known): **25-10084**

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
**Scott R. Helton PLLC cba Helton Law Flrm Law Firm**

Creditor's mailing address
**9125 S Toledo Ave**
**Tulsa, OK 74137**

Creditor's email address, if known

Date debt was incurred  **1/15/2025**

Last 4 digits of account number  ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien
Green Copper Holdings, LLC (NM Entity) is owned 100% by Debtor. This subsidiary owns Price Tower at 510 Dewey Ave. Bartlesville Ok. Block 47 of Original Town, New City of Bartlesville, Ok. Value is at least $1.4M. May have debt obligations also.

Describe the lien
**Mortgage**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Amount of claim: **unknown**
Value of collateral: **$1,400,000.00**

**Remarks:** Mortgage on Price Tower, owned by Green Copper Holdings LLC, a subsidiary of Debtor

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| Debtor | **Copper Tree, Inc.** | Case number (if known) **25-10084** |
|---|---|---|
| | Name | |

# Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.2  Creditor's name**
**Washington County Treasurer**

**Creditor's mailing address**
**420 S Johnstone Rm 101**
**Bartlesville, OK 74003-0000**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**Ad valorem Taxes- owed on Price Tower through Green Copper Holdings LLC**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Column A: unknown
Column B: unknown

<table>
<tr><td>Fill in this information to identify the case:<br><br>Debtor name     __**Copper Tree, Inc.**__<br><br>United States Bankruptcy Court for the:<br>__**Northern District of Oklahoma**__<br><br>Case number (if known): __**25-10084**__</td><td>☑ Check if this is an amended filing</td></tr>
</table>

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

**Be as complete and accurate as possible.** Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
 ☑ No. Go to Part 2.
 ☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address**<br>_____<br>_____<br>_____<br>**Date or dates debt was incurred**<br>_____<br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | _____ | _____ |
| **2.2** **Priority creditor's name and mailing address**<br>_____<br>_____<br>_____<br>**Date or dates debt was incurred**<br>_____<br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | _____ | _____ |

Debtor **Copper Tree, Inc.**      Case number *(if known)* **25-10084**
Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
AEP/PSO
322 Dewalt Avenue SW
Canton, OH 44702-0000

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Date or dates debt was incurred: **2024**
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Amount: **$11,061.57**

**3.2** **Nonpriority creditor's name and mailing address**
Archway Properties
272550 N 3979 Dr
Ochelata, OK 74051

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Business Debt**

Date or dates debt was incurred: _____
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Amount: **$6,700.00**

**3.3** **Nonpriority creditor's name and mailing address**
Cherokee Fire Protection
PO Box Box 678
Oologah, OK 74053

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Business Debt**

Date or dates debt was incurred: _____
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Amount: **$5,608.86**

**3.4** **Nonpriority creditor's name and mailing address**
Cintas Corporation
5940 S. 129th East Ave
Tulsa, OK 74134

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Business Debt**

Date or dates debt was incurred: _____
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Amount: **$2,260.30**

Debtor  **Copper Tree, Inc.** _____    Case number *(if known)* __**25-10084**__
       Name

---

### Part 2: Additional Page

---

**3.5** **Nonpriority creditor's name and mailing address**

City of Bartlesville

401 S. Johnstone

Bartlesville, OK 74003-0000

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,156.36

---

**3.6** **Nonpriority creditor's name and mailing address**

CL Partners LLC

19 Ridgewood Dr.

Rye, NY 10580

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,875.20

---

**3.7** **Nonpriority creditor's name and mailing address**

Craig Brand

11222 Oakshore Lane

Clermont, FL 34711

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.8** **Nonpriority creditor's name and mailing address**

Cynthia Blanchard

414 SE Washington Blvd, Suite 205

Bartlesville, OK 74006

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loans

**Is the claim subject to offset?**
☑ No
☐ Yes

$163,218.83

---

Debtor  **Copper Tree, Inc.**     Case number *(if known)* **25-10084**
      Name

### Part 2: Additional Page

**3.9 Nonpriority creditor's name and mailing address**
Cynthia Blanchard
414 SE Washington Blvd, Suite 205
Bartlesville, OK 74006

Date or dates debt was incurred
Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Debt

Is the claim subject to offset?
☑ No
☐ Yes

$269,554.00

---

**3.10 Nonpriority creditor's name and mailing address**
Donna Keffer
c/o Pray Walker
21 N. Greenwood 400
Tulsa, OK 74120

Date or dates debt was incurred
Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Business Debt

Is the claim subject to offset?
☑ No
☐ Yes

$41,705.00

---

**3.11 Nonpriority creditor's name and mailing address**
Enterprise Global Logistics
105 Stoneway Rd
Wakefield, RI 02879

Date or dates debt was incurred
Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Debt

Is the claim subject to offset?
☑ No
☐ Yes

$63,500.00

---

**3.12 Nonpriority creditor's name and mailing address**
Frank Lloyd Wright Building Conservancy
c/o Crowe and Dunlevy
222 N. Detroit 600
Tulsa, OK 74120

Date or dates debt was incurred
Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

CJ 2024-237
Basis for the claim: Counterclaims

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

Debtor  **Copper Tree, Inc.**                             Case number *(if known)*  **25-10084**
        Name

## Part 2: Additional Page

---

**3.13** **Nonpriority creditor's name and mailing address**

**Glenn Security**

**3909 Price Rd**

**Bartlesville, OK 74006**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$738.00

---

**3.14** **Nonpriority creditor's name and mailing address**

**Green Copper Holdings, LLC**

**530-B Harkle Road Suite 100**

**Santa Fe, NM 87505**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.15** **Nonpriority creditor's name and mailing address**

**Hans Schmoldt**

**3305 Woodland Rd**

**Bartlesville, OK 74003**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,000.00

---

**3.16** **Nonpriority creditor's name and mailing address**

**Helm Ventures**

**7200 Wisconcin Ave, Suite 500**

**Bethesda, MD 20814**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,162.12

---

Debtor **Copper Tree, Inc.**     Case number *(if known)* **25-10084**
Name

### Part 2: Additional Page

**3.17 Nonpriority creditor's name and mailing address**
Historic Hotels
26 Corporate Plaza, Suite 150
Newport Beach, CA 92660

Date or dates debt was incurred
Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Business Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,792.00

---

**3.18 Nonpriority creditor's name and mailing address**
Holtz Electric
318 SW Adeline, Ave
Bartlesville, OK 74005

Date or dates debt was incurred
Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Business Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,078.68

---

**3.19 Nonpriority creditor's name and mailing address**
Inktown Design
1608 Cherokee Hills Drive
Bartlesville, OK 74006

Date or dates debt was incurred
Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,205.45

---

**3.20 Nonpriority creditor's name and mailing address**
Jessica Holman
406 North Bradley Ave
Caney, KS 67333

Date or dates debt was incurred
Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Business Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,014.65

Debtor  **Copper Tree, Inc.**                                              Case number *(if known)*  **25-10084**
        Name

### Part 2: Additional Page

**3.21** **Nonpriority creditor's name and mailing address**
Joe Hassan
105 Stoneway Rd
Wakefield, RI 02879

Date or dates debt was incurred
Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$14,076.00

---

**3.22** **Nonpriority creditor's name and mailing address**
John Marcott
397240 West 3200 Rd
Ramona, OK 74061

Date or dates debt was incurred
Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$2,360.92

---

**3.23** **Nonpriority creditor's name and mailing address**
Josh Gunter
1515 South Osage
Bartlesville, OK 74003

Date or dates debt was incurred
Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Deferred Salary**

Is the claim subject to offset?
☑ No
☐ Yes

$4,500.00

---

**3.24** **Nonpriority creditor's name and mailing address**
KWON Radio
1200 SE Frank Phillips Blvd
Bartlesville, OK 74005

Date or dates debt was incurred
Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$977.21

---

Debtor **Copper Tree, Inc.**  Case number *(if known)* **25-10084**
Name

## Part 2: Additional Page

**3.25 Nonpriority creditor's name and mailing address**
Linda Jones
115 1/2 SE Frank Phillips Blvd
Bartlesville, OK 74003

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Deferred Salary

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.26 Nonpriority creditor's name and mailing address**
Linda Jones
PMB 117
1611 S. Utica Ave.
Tulsa, OK 74104-0000

Date or dates debt was incurred   2024
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Debt

Is the claim subject to offset?
☑ No
☐ Yes

**$39,200.00**

---

**3.27 Nonpriority creditor's name and mailing address**
Mark Haskell
115 1/2 SE Frank Phillips Blvd
Bartlesville, OK 74003

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Debt

Is the claim subject to offset?
☑ No
☐ Yes

**$96,107.55**

---

**3.28 Nonpriority creditor's name and mailing address**
McFarlin Building, LLC
11 E 5th Street 500
Tulsa, OK 74103

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: CV 2024-158

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

Debtor **Copper Tree, Inc.**     Case number *(if known)* **25-10084**
Name

### Part 2: Additional Page

**3.29** **Nonpriority creditor's name and mailing address**
Nathan Aldinger
5891 Sypes Canyon Rd
Bozeman, MT 59715

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,000.00

Date or dates debt was incurred
Last 4 digits of account number

---

**3.30** **Nonpriority creditor's name and mailing address**
OKES
5637 N Classen Blvd
Oklahoma City, OK 73118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$8.39

Date or dates debt was incurred
Last 4 digits of account number

---

**3.31** **Nonpriority creditor's name and mailing address**
Oklahoma Natural Gas
Po Box 401
Oklahoma City, OK 73101-0401

Date or dates debt was incurred **2024**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,045.65

Last 4 digits of account number

---

**3.32** **Nonpriority creditor's name and mailing address**
Paul Aubert
24 Waterway, Suite 830
Spring, TX 77380

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Salary

**Is the claim subject to offset?**
☒ No
☐ Yes

$163,000.00

Date or dates debt was incurred
Last 4 digits of account number

---

Debtor **Copper Tree, Inc.**   Case number *(if known)* **25-10084**
Name

## Part 2: Additional Page

**3.33** **Nonpriority creditor's name and mailing address**
Pictoria Studios
c/o Mike Moran
3517 Watercrest Pl
Orlando, FL 32835

Date or dates debt was incurred
Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$58,500.00

---

**3.34** **Nonpriority creditor's name and mailing address**
Renee Nichols
23538 NS 414 Rd
Stillwater, OK 74078

Date or dates debt was incurred
Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Salary

**Is the claim subject to offset?**
☑ No
☐ Yes

$396,975.00

---

**3.35** **Nonpriority creditor's name and mailing address**
Robert Sherwood
15 W 6th St, Suite 2800
Tulsa, OK 74119

Date or dates debt was incurred
Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$240.00

---

**3.36** **Nonpriority creditor's name and mailing address**
Schindler Elevator Corporation
PO Box 93050
Chicago, IL 60673

Date or dates debt was incurred
Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$22,345.37

Debtor __Copper Tree, Inc._____  Case number *(if known)* __25-10084__
      Name

### Part 2: Additional Page

**3.37** **Nonpriority creditor's name and mailing address**
SGP Advisors
501 E Kennedy Blvd, Suite 1000
Tampa, FL 33602

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.38** **Nonpriority creditor's name and mailing address**
SMB Specialists
13124 E 131st St North
Collinsville, OK 74021

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$120.00

---

**3.39** **Nonpriority creditor's name and mailing address**
Sparklight
4127 Nowata Rd
Bartlesville, OK 74006

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$746.25

---

**3.40** **Nonpriority creditor's name and mailing address**
Sparklight
PO Box 78000
Phoenix, AZ 85062-0000

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,624.48

Debtor **Copper Tree, Inc.**     Case number *(if known)* **25-10084**
      Name

### Part 2: Additional Page

**3.41 Nonpriority creditor's name and mailing address**
TakTik Enterprises & Subsidiaries
c/o Dale Takio
11222 Oakshore Lane
Clermont, FL 34711

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$182,802.00

---

**3.42 Nonpriority creditor's name and mailing address**
Trane USA
2313 S 20th Street
La Crosse, WI 54601

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,231.50

Debtor  **Copper Tree, Inc.**                                         Case number *(if known)*   **25-10084**
          Name

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Crowe and Dunlevy**<br>**222 N. Detroit 600**<br>**Tulsa, OK 74120** | Line **3.12**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2 | **Jess Kane**<br>**PO Box 1066**<br>**Bartlesville, OK 74005** | Line **3.28**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3 | **Levinson Smith and Huffman**<br>**1743 E. 71st St**<br>**Tulsa, OK 74136** | Line **3.28**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4 | **Malisa McPherson**<br>**313 NE 21st Street**<br>**Oklahoma City, OK 73105** | Line **3.28**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5 | **McDonald Law Firm**<br>**15 W. 6th Street 2606**<br>**Tulsa, OK 74119** | Line **3.28**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6 | **Pray Walker**<br>**21 N. Greenwood 400**<br>**Tulsa, OK 74120** | Line **3.25**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7 | **Pray Walker**<br>**21 N. Greenwood 400**<br>**Tulsa, OK 74120** | Line **3.27**<br>☐ Not listed. Explain _____ | __ __ __ __ |

| Debtor | **Copper Tree, Inc.** | Case number *(if known)* | **25-10084** |
|---|---|---|---|
| | Name | | |

**Part 3:  Additional Page**

| 4.8 | **Robert Hugh** | Line **3.14** |
| | **15 W. 6th 2800** | ❏ Not listed. Explain _____ |
| | **Tulsa, OK 74119** | |

| 4.9 | **Robinett King Elias Buhlinger Brown and Kane** | Line **3.28** |
| | **PO Box 1066** | ❏ Not listed. Explain _____ |
| | **Bartlesville, OK 74003** | |

| 4.10 | **Scott R. Helton PLLC cba Helton Law FIrm Law Firm** | Line **3.28** |
| | **9125 S Toledo Ave** | ❏ Not listed. Explain _____ |
| | **Tulsa, OK 74137** | |

| 4.11 | **Scott R. Helton PLLC cba Helton Law FIrm Law Firm** | Line **3.12** |
| | **9125 S Toledo Ave** | ❏ Not listed. Explain _____ |
| | **Tulsa, OK 74137** | |

| 4.12 | **Titus Hillis Reynolds Love** | Line **3.11** |
| | **15 E 5th St Ste 3700** | ❏ Not listed. Explain _____ |
| | **Tulsa, OK 74103-4304** | |

| Debtor | **Copper Tree, Inc.** | Case number *(if known)* | **25-10084** |
|---|---|---|---|
| | Name | | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $1,618,491.34 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $1,618,491.34 |

Official Form 206E/F       Schedule E/F: Creditors Who Have Unsecured Claims       page 15 of 15

Fill in this information to identify the case:

Debtor name _____**Copper Tree, Inc.**_____

United States Bankruptcy Court for the:
_____**Northern District of Oklahoma**_____

Case number (if known): ____**25-10084**____   Chapter __**7**__

☑ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*................................................................................................................   **$0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................................   **$1,400,206.15**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................................   **$1,400,206.15**

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................   **$0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................   **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................   +   **$1,618,491.34**

4. **Total liabilities**............................................................................................................................................   **$1,618,491.34**
   Lines 2 + 3a + 3b

Official Form 206Sum          Summary of Assets and Liabilities for Non-Individuals          page 1

Fill in this information to identify the case:

Debtor name: **Copper Tree, Inc.**

United States Bankruptcy Court for the: **Northern District of Oklahoma**

Case number (if known): **25-10084**

☑ Check if this is an amended filing

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)
- ☐ *Amended Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/28/2025**
MM/ DD/ YYYY

X **/s/ Cynthia Blanchard**
Signature of individual signing on behalf of debtor

**Cynthia Blanchard**
Printed name

**President**
Position or relationship to debtor

/s/ Ron D. Brown OBA#16352
Brown Law Firm PC
1609 E. 4th Street
Tulsa Ok 74120
(918) 585-9500
ron@ronbrownlaw.com

Official Form B202        Declaration Under Penalty of Perjury for Non-Individual Debtors