```
AEP/PSO
322 Dewalt Avenue SW
Canton, OH 44702-0000


Archway Properties
272550 N 3979 Dr
Ochelata, OK 74051


Cherokee Fire Protection
PO Box Box 678
Oologah, OK 74053


Cintas Corporation
5940 S. 129th East Ave
Tulsa, OK 74134


City of Bartlesville
401 S. Johnstone
Bartlesville, OK 74003-0000


CL Partners LLC
19 Ridgewood Dr.
Rye, NY 10580


Craig Brand
11222 Oakshore Lane
Clermont, FL 34711


Crowe and Dunlevy
222 N. Detroit 600
Tulsa, OK 74120


Cynthia Blanchard
414 SE Washington Blvd, Suite 205
Bartlesville, OK 74006


Donna Keffer
c/o Pray Walker
21 N. Greenwood 400
Tulsa, OK 74120
```

```
Enterprise Global Logistics
105 Stoneway Rd
Wakefield, RI 02879


Glenn Security
3909 Price Rd
Bartlesville, OK 74006


Hans Schmoldt
3305 Woodland Rd
Bartlesville, OK 74003


Helm Ventures
7200 Wisconcin Ave, Suite 500
Bethesda, MD 20814


Historic Hotels
26 Corporate Plaza, Suite 150
Newport Beach, CA 92660


Holtz Electric
318 SW Adeline, Ave
Bartlesville, OK 74005


Inktown Design
1608 Cherokee Hills Drive
Bartlesville, OK 74006


Jessica Holman
406 North Bradley Ave
Caney, KS 67333


Joe Hassan
105 Stoneway Rd
Wakefield, RI 02879


John Marcott
397240 West 3200 Rd
Ramona, OK 74061
```

```
Josh Gunter
1515 South Osage
Bartlesville, OK 74003


KWON Radio
1200 SE Frank Phillips Blvd
Bartlesville, OK 74005


Linda Jones
115 1/2 SE Frank Phillips Blvd
Bartlesville, OK 74003


Linda Jones
PMB 117
1611 S. Utica Ave.
Tulsa, OK 74104-0000


Mark Haskell
115 1/2 SE Frank Phillips Blvd
Bartlesville, OK 74003


McDonald Law Firm
15 W. 6th Street 2606
Tulsa, OK 74119


Nathan Aldinger
5891 Sypes Canyon Rd
Bozeman, MT 59715


OKES
5637 N Classen Blvd
Oklahoma City, OK 73118


Oklahoma Natural Gas
Po Box 401
Oklahoma City, OK 73101-0401


Paul Aubert
24 Waterway, Suite 830
Spring, TX 77380
```

Pictoria Studios
c/o Mike Moran
3517 Watercrest Pl
Orlando, FL 32835


Pray Walker
21 N. Greenwood 400
Tulsa, OK 74120


Renee Nichols
23538 NS 414 Rd
Stillwater, OK 74078


Robert Sherwood
15 W 6th St, Suite 2800
Tulsa, OK 74119


Schindler Elevator Corporation
PO Box 93050
Chicago, IL 60673


SGP Advisors
501 E Kennedy Blvd, Suite 1000
Tampa, FL 33602


SMB Specialists
13124 E 131st St North
Collinsville, OK 74021


Sparklight
4127 Nowata Rd
Bartlesville, OK 74006


Sparklight
PO Box 78000
Phoenix, AZ 85062-0000


TakTik Enterprises & Subsidiaries
c/o  Dale Takio

11222 Oakshore Lane
Clermont, FL 34711


Titus Hillis Reynolds Love
15 E 5th St Ste 3700
Tulsa, OK 74103-4304


Trane USA
2313 S 20th Street
La Crosse, WI 54601