UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) | |
| ) | |
| Copper Tree, Inc. ) | |
| ) | |
| ) | Case No. 25-10084-M |
| Debtor(s). ) | Chapter 7 |

## CERTIFICATE OF SERVICE

COMES NOW RON D. BROWN, and hereby certifies that, on November 5, 2024, the Form 309(A) 341(a) Notice (as contained in docket entry #6) was mailed to the following parties.

AEP/PSO
322 Dewalt Avenue SW
Canton, OH 44702-0000

Archway Properties
272550 N 3979 Dr
Ochelata, OK 74051

Cherokee Fire Protection
PO Box Box 678
Oologah, OK 74053

Cintas Corporation
5940 S. 129th East Ave
Tulsa, OK 74134

City of Bartlesville
401 S. Johnstone
Bartlesville, OK 74003-0000

CL Partners LLC
19 Ridgewood Dr.
Rye, NY 10580

Craig Brand
11222 Oakshore Lane
Clermont, FL 34711

Crowe and Dunlevy
222 N. Detroit 600
Tulsa, OK 74120

Cynthia Blanchard
414 SE Washington Blvd, Suite 205
Bartlesville, OK 74006

Donna Keffer
c/o Pray Walker
21 N. Greenwood 400
Tulsa, OK 74120

Enterprise Global Logistics
105 Stoneway Rd
Wakefield, RI 02879

Glenn Security
3909 Price Rd
Bartlesville, OK 74006

Hans Schmoldt
3305 Woodland Rd
Bartlesville, OK 74003

Helm Ventures
7200 Wisconcin Ave, Suite 500
Bethesda, MD 20814

Historic Hotels
26 Corporate Plaza, Suite 150
Newport Beach, CA 92660

Holtz Electric
318 SW Adeline, Ave
Bartlesville, OK 74005

Inktown Design
1608 Cherokee Hills Drive
Bartlesville, OK 74006

Jessica Holman
406 North Bradley Ave
Caney, KS 67333

Joe Hassan
105 Stoneway Rd
Wakefield, RI 02879

John Marcott
397240 West 3200 Rd
Ramona, OK 74061

Josh Gunter
1515 South Osage
Bartlesville, OK 74003

KWON Radio
1200 SE Frank Phillips Blvd
Bartlesville, OK 74005

Linda Jones
115 1/2 SE Frank Phillips Blvd
Bartlesville, OK 74003

Linda Jones
PMB 117
1611 S. Utica Ave.
Tulsa, OK 74104-0000

Mark Haskell
115 1/2 SE Frank Phillips Blvd
Bartlesville, OK 74003

McDonald Law Firm
15 W. 6th Street 2606
Tulsa, OK 74119

Nathan Aldinger
5891 Sypes Canyon Rd
Bozeman, MT 59715

OKES
5637 N Classen Blvd
Oklahoma City, OK 73118

Oklahoma Natural Gas
Po Box 401
Oklahoma City, OK 73101-0401

Paul Aubert
24 Waterway, Suite 830
Spring, TX 77380

Pictoria Studios
c/o Mike Moran
3517 Watercrest Pl
Orlando, FL 32835

Pray Walker
21 N. Greenwood 400
Tulsa, OK 74120

Renee Nichols
23538 NS 414 Rd
Stillwater, OK 74078

Robert Sherwood
15 W 6th St, Suite 2800
Tulsa, OK 74119

Schindler Elevator Corporation
PO Box 93050
Chicago, IL 60673

SGP Advisors
501 E Kennedy Blvd, Suite 1000
Tampa, FL 33602

SMB Specialists
13124 E 131st St North
Collinsville, OK 74021

Sparklight
4127 Nowata Rd
Bartlesville, OK 74006

Sparklight
PO Box 78000
Phoenix, AZ 85062-0000

TakTik Enterprises & Subsidiaries
c/o  Dale Takio
11222 Oakshore Lane
Clermont, FL 34711

Titus Hillis Reynolds Love
15 E 5th St Ste 3700
Tulsa, OK 74103-4304

Trane USA
2313 S 20th Street
La Crosse, WI 54601

                                                Respectfully submitted,

                                                 /s/  Ron Brown
                                                Ron Brown, OBA # 16352
                                                1609 E. 4th Street
                                                Tulsa, OK 74120
                                                (918) 585-9500
                                                (866) 552-4874 fax
                                                ron@ronbrownlaw.com