## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| COPPER TREE, INC | ) Case No. 25-10084-T |
| | ) Chapter 7 |
| | ) |
| Debtor | ) |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Cherokee Fire Protection Professionals, LLC, by and through its counsel of record, Brian L. Mitchell of Mitchell Legal PLLC, hereby enters an appearance in the above captioned action and respectively requests, pursuant to Bankruptcy Rule 9010(b), that all notices or other documents filed by the Debtor or other parties in interest in this bankruptcy proceeding be addressed and property served upon the following as counsel for the Creditor:

Brian L. Mitchell
Mitchell Legal, PLLC
203 E. Hobson Ave
Sapulpa, OK 74066
Telephone: (918) 248-2268
Email: bmitchell@mitchelllegalpllc.com

Dated this 12 day of March, 2025.

Respectfully submitted,

/S/ *Brian L. Mitchell*

Brian L. Mitchell, OBA No. 19529
Mitchell Legal, PLLC
203 E. Hobson Ave
Sapulpa, OK 74066
Telephone: (918) 248-2268
Email: bmitchell@mitchelllegalpllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March, 2025, I electronically transmitted the foregoing Entry of Appearance and Request for Notices to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF Registrants:

Ron Brown
ron@ronbrown-law.com
Phone: 918-585-9500
Fax: 866-552-4874

                                                   *s/ Brian Mitchell*
                                                   Brian Mitchell