IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 25-10084-M |
| COPPER TREE, INC ) | |
| ) | Chapter 7 |
| Debtor. ) | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

    Scott R. Helton, PLLC d/b/a Helton Law Firm by and through its counsel of record, HELTON LAW FIRM, hereby enters an appearance in the above captioned action and respectively requests, pursuant to Bankruptcy Rule 9010(b), that all notices or other documents filed by the Debtor or other parties in interest in this bankruptcy proceeding be addressed and property served upon the following as counsel for the Creditors:

Colleen M. Morris<br>
Helton Law Firm<br>
9125 South Toledo Avenue<br>
Tulsa, OK 74137<br>
Telephone: (918) 928-7104<br>
Email: colleen@heltonlawfirm.com

Dated this 5th day of May, 2025.

                                                                                           Respectfully submitted,

                                                                                         By: /s/ Colleen M. Morris
                                                                                           **Colleen M. Morris, OBA #35464**
                                                                                           **HELTON LAW FIRM**
                                                                                           **9125 S. Toledo Ave.**
                                                                                           **Tulsa, OK 74137**
                                                                                           **(918) 928-7104 (Office)**
                                                                                           **(918) 710-3930 (Fax)**
                                                                                           **colleen@heltonlawfirm.com**
                                                                                           *Attorney for Helton Law Firm*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of May, 2025, I electronically transmitted the foregoing Entry of Appearance and Request for Notices to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF Registrants herein.

/s/ Colleen M. Morris
**Colleen M. Morris**