IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| COPPER TREE, INC. | ) | CASE NO. 25-10084-T |
| EIN # xx-xxx6608 | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## REPORT OF ASSET CASE

After investigation by Patrick J. Malloy, Trustee of the above-captioned proceeding, a reasonable likelihood exists that assets are present in this Estate and a distribution to creditors may result.

The Trustee further requests that the Clerk of the Court issue Notice of Claims Bar Date to the current matrix in this proceeding.

Attached is the Individual Estate Property Record and Interim Report.

Dated:  June 5, 2025

Submitted by:

s/ Patrick J. Malloy III
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave., Suite #500
Tulsa, OK  74103-4023
Telephone: 918-699-0345
*ATTORNEYS FOR TRUSTEE*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 25-10084 | M | Judge: | Terrence L. Michael | Trustee Name: | PATRICK J. MALLOY III, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | COPPER TREE, INC. | | | | Date Filed (f) or Converted (c): | 01/22/2025 (f) |
| | | | | | 341(a) Meeting Date: | 02/19/2025 |
| For Period Ending: | 06/05/2025 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Truety Credit Union Checking account 2024 | 10.09 | 10.09 | | 0.00 | 10.09 |
| 2. Truety Credit Union Checking account 2024 | 196.06 | 196.06 | | 0.00 | 196.06 |
| 3. Accounts Receivable | Unknown | Unknown | | 0.00 | Unknown |
| 4. CT Operations, LLC<br><br>Debtor owns 100% of this subsidiary which owns 100% of Inn at Price Tower, Inc. Inn at Price Tower, Inc. formerly operated at 19 room hotel at Price Tower in Bartlesville, Ok. and only assets are furniture and other pers. prop | Unknown | Unknown | | 0.00 | Unknown |
| 5. GCH Holding, LLC (NM Entity)<br><br>ebtor owns 100% of this subsidiary which owns an art collection which has not been inventoried nor valued. | Unknown | Unknown | | 0.00 | Unknown |
| 6. Green Copper Holdings, LLC (NM Entity)<br><br>Owned 100% by Debtor. This subsidiary owns Price Tower at 510 Dewey Ave. Bartlesville Ok. Block 47 of Original Town, New City of Bartlesville, Ok. Value is at least $1.4M. May have debt obligations also. | 1,400,000.00 | 1,400,000.00 | | 0.00 | 1,400,000.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $1,400,206.15   $1,400,206.15   $0.00   $1,400,206.15

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/2026   Current Projected Date of Final Report (TFR): 06/30/2026

Trustee Signature:   /s/ PATRICK J. MALLOY III, TRUSTEE   Date: 06/05/2025

PATRICK J. MALLOY III, TRUSTEE
401 S. Boston Ave., Suite 500
Tulsa, OK 74103
(918)699-0345
pjmiiim@sbcglobal.net