United States Bankruptcy Court

Northern District of Oklahoma

| | |
|---|---|
| In re: | Case No. 25-10084-T |
| Copper Tree, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1085-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 06, 2025 | Form ID: ntcclm | Total Noticed: 83 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Copper Tree, Inc., 414 SE Washington Blvd, Bartlesville, OK 74006-2428 |
| aty | + | Brian L. Mitchell, Mitchell Bonds PLLC, 203 E. Hobson, Sapulpa, OK 74066-2809 |
| aty | + | Colleen Morris, Helton Law Firm, 9125 S. Toledo Ave, Tulsa, OK 74137-2719 |
| aty | + | Gary M. McDonald, McDonald Law, PLLC, 15 West 6th Street, Suite 2606, Tulsa, OK 74119-5413 |
| aty | + | Kevin P Doyle, Pray Walker, PC, 21 North Greenwood Avenue, Suite 400, Tulsa, OK 74120-1999 |
| aty | + | Maxfield James Malone, PrayWalker, 21 North Greenwood Avenue, Ste 400, Tulsa, OK 74120-1999 |
| aty | + | Ron D. Brown, Ron Brown, 1609 E. 4th St., Tulsa, OK 74120-3423 |
| cr | + | Cherokee Fire Protection Professionals, LLC, P.O. Box 678, Oologah, OK 74053-0678 |
| cr | + | Donna Keffer, 1608 Cherokee Hills Drive, Bartlesville, OK 74006-4209 |
| cr | + | Helton Law Firm, 9125 South Toledo Avenue, 9125 South Toledo Ave, Tulsa, OK 74137-2719 |
| cr | + | Linda Jones, 115 SE Frank Phillips, Bartlesville, OK 74003-3519 |
| cr | + | Mark Haskell, 115 1/2 SE Frank Phillips, Bartlesville, OK 74003-3519 |
| cr | + | Price Tower Arts Center, Inc., 115 1/2 SE Frank Phillips, Bartlesville, OK 74003-3519 |
| 3017310 | | AEP/PSO, 322 Dewalt Avenue SW, Canton, OH 44702-0000 |
| 3017311 | | Archway Properties, 272550 N 3979 Dr, Ochelata, OK 74051 |
| 3022787 | + | Archway Properties, L.L.C., 501 SE Frank Phillips Blvd, 102A, Bartlesville, OK 74003-3913 |
| 3017315 | + | CL Partners LLC, 19 Ridgewood Dr., Rye, NY 10580-1621 |
| 3017312 | + | Cherokee Fire Protection Professionals, LLC, Mitchell Legal, PLLC, 203 E. Hobson Ave, Sapulpa, OK 74066-2809 |
| 3017313 | + | Cintas Corporation, 5940 S. 129th East Ave, Tulsa, OK 74134-6707 |
| 3015730 | + | Craig A. Brand, 11222 Oakshore Lane, Clermont, Florida 34711-5408 |
| 3017316 | + | Craig Brand, 11222 Oakshore Lane, Clermont, FL 34711-5408 |
| 3017317 | + | Crowe and Dunlevy, 222 N. Detroit 600, Tulsa, OK 74103-2412 |
| 3017318 | + | Cynthia Blanchard, 414 SE Washington Blvd, Suite 205, Bartlesville, OK 74006-2428 |
| 3016954 | + | Cynthia Diane Blanchard, 414 SE Washington Blvd., Ste. 205, Bartlesville, OK 74006-2428 |
| 3015732 | + | Dale Takio, personally and individually, as, well as on behalf of his entity Taktik, Enterprises, Inc., A Florida Corporation, 11222 Oakshore Lane, Clermont, Florida 34711-5408 |
| 3017319 | + | Donna Keffer, c/o Pray Walker, 21 N. Greenwood 400, Tulsa, OK 74120-1999 |
| 3017320 | + | Enterprise Global Logistics, 105 Stoneway Rd, Wakefield, RI 02879-3969 |
| 3013473 | + | Frank Lloyd Wright Building Conservancy, c/o Crowe and Dunlevy, 222 N. Detroit 600, Tulsa, OK 74103-2412 |
| 3017321 | + | Glenn Security, 3909 Price Rd, Bartlesville, OK 74006-7206 |
| 3013475 | + | Green Copper Holdings, LLC, 414 SE Washington Blvd 205, Bartlesville, OK 74006-2428 |
| 3013474 | + | Green Copper Holdings, LLC, 530-B Harkle Road Suite 100, Santa Fe, NM 87505-4739 |
| 3017322 | + | Hans Schmoldt, 3305 Woodland Rd, Bartlesville, OK 74006-4523 |
| 3017323 | + | Helm Ventures, 7200 Wisconcin Ave, Suite 500, Bethesda, MD 20814-4833 |
| 3017324 | + | Historic Hotels, 26 Corporate Plaza, Suite 150, Newport Beach, CA 92660-7960 |
| 3017325 | + | Holtz Electric, 318 SW Adeline, Ave, Bartlesville, OK 74003-3111 |
| 3017326 | + | Inktown Design, 1608 Cherokee Hills Drive, Bartlesville, OK 74006-4209 |
| 3013476 | + | Jess Kane, PO Box 1066, Bartlesville, OK 74005-1066 |
| 3028698 | + | Jessica Holeman, 406 N. Bradley Ave, Caney, KS 67333-2523 |
| 3017327 | + | Jessica Holman, 406 North Bradley Ave, Caney, KS 67333-2523 |
| 3017328 | + | Joe Hassan, 105 Stoneway Rd, Wakefield, RI 02879-3969 |
| 3017329 | + | John Marcott, 397240 West 3200 Rd, Ramona, OK 74061-3667 |
| 3017330 | + | Josh Gunter, 1515 South Osage, Bartlesville, OK 74003-5828 |
| 3017331 | + | KWON Radio, 1200 SE Frank Phillips Blvd, Bartlesville, OK 74003-4332 |
| 3013477 | + | Levinson Smith and Huffman, 1743 E. 71st St, Tulsa, OK 74136-5108 |
| 3017333 | + | Linda Jones, PMB 117, 1611 S. Utica Ave., Tulsa, OK 74104-4909 |
| 3017332 | + | Linda Jones, 115 1/2 SE Frank Phillips Blvd, Bartlesville, OK 74003-3519 |
| 3013478 | + | Malisa McPherson, 313 NE 21st Street, Oklahoma City, OK 73105-3207 |

| District/off: 1085-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 06, 2025 | Form ID: ntcclm | Total Noticed: 83 |

| | | |
|---|---|---|
| 3017334 | + | Mark Haskell, 115 1/2 SE Frank Phillips Blvd, Bartlesville, OK 74003-3519 |
| 3017335 | + | McDonald Law Firm, 15 W. 6th Street 2606, Tulsa, OK 74119-5413 |
| 3013479 | + | McFarlin Building, LLC, 11 E 5th Street 500, Tulsa, OK 74103-4454 |
| 3015731 | + | Mike Moran, personally and individually,, and on behalf of his Florida Corp entity, Pictoria Studios USA, 3517 Watercrest Place, Orlando, FL 32835-2527 |
| 3017336 | + | Nathan Aldinger, 5891 Sypes Canyon Rd, Bozeman, MT 59715-9379 |
| 3016894 | + | Nola Renee Nichols, 23538 NS 414 RD, Nowata, OK 74048-4904 |
| 3017337 | + | OKES, 5637 N Classen Blvd, Oklahoma City, OK 73118-4015 |
| 3017339 | + | Paul Aubert, 24 Waterway, Suite 830, Spring, TX 77380-4324 |
| 3017340 | + | Pictoria Studios, c/o Mike Moran, 3517 Watercrest Pl, Orlando, FL 32835-2527 |
| 3017341 | + | Pray Walker, 21 N. Greenwood 400, Tulsa, OK 74120-1999 |
| 3017342 | + | Renee Nichols, 23538 NS 414 Rd, Stillwater, OK 74078-0001 |
| 3013480 | + | Robert Hugh, 15 W. 6th 2800, Tulsa, OK 74119-5404 |
| 3017343 | + | Robert Sherwood, 15 W 6th St, Suite 2800, Tulsa, OK 74119-5404 |
| 3013481 | + | Robinett King Elias Buhlinger Brown and Kane, PO Box 1066, Bartlesville, OK 74005-1066 |
| 3017345 | + | SGP Advisors, 501 E Kennedy Blvd, Suite 1000, Tampa, FL 33602-5200 |
| 3017346 | + | SMB Specialists, 13124 E 131st St North, Collinsville, OK 74021-4377 |
| 3017344 | + | Schindler Elevator Corporation, PO Box 93050, Chicago, IL 60673-3050 |
| 3013482 | + | Scott R. Helton PLLC cba Helton Law FIrm Law Firm, 9125 S Toledo Ave, Tulsa, OK 74137-2719 |
| 3017349 | + | TakTik Enterprises & Subsidiaries, c/o Dale Takio, 11222 Oakshore Lane, Clermont, FL 34711-5408 |
| 3023179 | + | Ten-X, LLC, 17600 Laguna Canyon Road, Irvine, CA 92618-5432 |
| 3017350 | | Titus Hillis Reynolds Love, 15 E 5th St Ste 3700, Tulsa, OK 74103-4304 |
| 3017351 | + | Trane USA, 2313 S 20th Street, La Crosse, WI 54601-6726 |
| 3013483 | + | Washington County Treasurer, 420 S Johnstone Rm 101, Bartlesville, OK 74003-6602 |

TOTAL: 70

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: USTPRegion20.TU.ECF@usdoj.gov | Jun 06 2025 22:53:00 | Karen Walsh, Office of the United States Trustee, PO Box 3044, Tulsa, OK 74101-3044 |
| aty | + | EDI: FKGLOUD | Jun 07 2025 02:36:00 | Kelley G. Loud, Titus Hillis Reynolds, et al., 15 East Fifth Street, Suite 3700, Tulsa, OK 74103-4304 |
| tr | + | EDI: QPJMALLOY.COM | Jun 07 2025 02:36:00 | Patrick J. Malloy, III, Malloy Law Firm, P.C., 401 S Boston Ave. Suite #500, Tulsa, OK 74103-4023 |
| smg | | Email/Text: bankruptcy@oesc.state.ok.us | Jun 06 2025 22:53:00 | Oklahoma Empl. Sec. Comm., PO Box 53039, Oklahoma City, OK 73152-3039 |
| smg | | Email/Text: bankruptcysecretary@tax.ok.gov | Jun 06 2025 22:53:00 | Oklahoma Tax Commission, General Counsel's Office, 100 N Broadway Ave, Suite 1500, Oklahoma City, OK 73102-8601 |
| smg | | Email/Text: bankruptcy@tulsacounty.org | Jun 06 2025 22:53:00 | Tulsa County Treasurer, John M. Fothergill, 218 W 6th St., 8th Fl, Tulsa, OK 74119-1004 |
| ust | + | Email/Text: USTPRegion20.TU.ECF@usdoj.gov | Jun 06 2025 22:53:00 | Office of the United States Trustee, PO Box 3044, Tulsa, OK 74101-3044 |
| 3017314 | | Email/Text: gavaught@cityofbartlesville.org | Jun 06 2025 22:53:00 | City of Bartlesville, 401 S. Johnstone, Bartlesville, OK 74003-0000 |
| 3028570 | + | EDI: FKGLOUD | Jun 07 2025 02:36:00 | Enterprise Global Logistics, c/o Kelley G. Loud, Titus Hillis Reynolds Love, 15 East 5th St, #3700, Tulsa, OK 74103-4304 |
| 3028569 | + | EDI: FKGLOUD | Jun 07 2025 02:36:00 | Joseph Hassan, c/o Kelley G. Loud, Titus Hillis Reynolds Love, 15 East 5th St, #3700, Tulsa, OK 74103-4304 |
| 3017338 | | Email/Text: bankruptcy@ong.com | Jun 06 2025 22:53:00 | Oklahoma Natural Gas, Po Box 401, Oklahoma City, OK 73101-0401 |
| 3017348 | + | Email/Text: BANKRUPTCIES@CABLEONE.BIZ | Jun 06 2025 22:53:00 | Sparklight, PO Box 78000, Phoenix, AZ 85062-8000 |

| District/off: 1085-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 06, 2025 | Form ID: ntcclm | Total Noticed: 83 |

| 3017347 | + Email/Text: BANKRUPTCIES@CABLEONE.BIZ | Jun 06 2025 22:53:00 | Sparklight, 4127 Nowata Rd, Bartlesville, OK 74006-5120 |
|---|---|---|---|

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Enterprise Global Logistics LLC |
| intp | | Michael Eric Nelson |
| intp | | The McFarlin Building, LLC |
| 3019194 | | Cherokee Fire Protection Professionals, LLC P.O. |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian L. Mitchell | on behalf of Creditor Cherokee Fire Protection Professionals  LLC reception@mitchelllegalpllc.com |
| Colleen Morris | on behalf of Creditor Helton Law Firm colleen@heltonlawfirm.com |
| Gary M. McDonald | on behalf of Interested Party The McFarlin Building  LLC gmcdonald@mcdonaldpllc.com, hdowell@mmmsk.com |
| Karen Walsh | on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov |
| Kelley G. Loud | on behalf of Creditor Enterprise Global Logistics LLC kloud@titushillis.com croush@titushillis.com;lmcpherson@titushillis.com;kdonnell@titushillis.com |
| Kevin P Doyle | on behalf of Creditor Linda Jones kdoyle@praywalker.com  mluger@praywalker.com |
| Kevin P Doyle | on behalf of Creditor Donna Keffer kdoyle@praywalker.com  mluger@praywalker.com |
| Kevin P Doyle | on behalf of Creditor Price Tower Arts Center  Inc. kdoyle@praywalker.com, mluger@praywalker.com |
| Kevin P Doyle | on behalf of Creditor Mark Haskell kdoyle@praywalker.com  mluger@praywalker.com |
| Maxfield James Malone | on behalf of Creditor Donna Keffer mmalone@praywalker.com  mluger@praywalker.com |
| Maxfield James Malone | on behalf of Creditor Price Tower Arts Center  Inc. mmalone@praywalker.com, mluger@praywalker.com |

| | | |
|---|---|---|
| District/off: 1085-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 06, 2025 | Form ID: ntcclm | Total Noticed: 83 |

Maxfield James Malone
    on behalf of Creditor Mark Haskell mmalone@praywalker.com mluger@praywalker.com

Maxfield James Malone
    on behalf of Creditor Linda Jones mmalone@praywalker.com mluger@praywalker.com

Office of the United States Trustee
    USTPRegion20.TU.ECF@usdoj.gov

Patrick J. Malloy, III
    pjmiiim@sbcglobal.net pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Ron D. Brown
    on behalf of Debtor Copper Tree Inc. ron@ronbrownlaw.com, ronbrownecf@gmail.com;brownrr74765@notify.bestcase.com;17792@notices.nextchapterbk.com;BrownLawFirmPC@jubileebk.net

TOTAL: 16

**United States Bankruptcy Court**
**Northern District of Oklahoma**

**IN RE:**

**Copper Tree, Inc.**                                  **Case No.: 25–10084–T**
                                                       **Chapter: 7**
                      **Debtor**

### NOTICE TO FILE PROOF OF CLAIM

The initial notice in this case instructed creditors that it was not necessary to file a Proof of Claim. After further investigation by the Trustee, it has been reported that assets have been identified and may be distributed to creditors.

Creditors who wish to share in any distribution of funds must file a Proof of Claim with the Clerk of the Bankruptcy Court on or before **September 10, 2025**

Claims received after such date will be considered as filed out of time.

A Proof of Claim (Official Form B410) may be filed using the Electronic Proof of Claim program (ePOC), located on the Court's website at www.oknb.uscourts.gov. Choose the tab titled "For Creditors" then choose "File a Proof of Claim". Select ePOC to have Form B410 created by CM/ECF. Upon completion of the electronic filing process, you will be able to print a confirmation page showing the claim was successfully filed as proof of filing. Further instructions for filing a Proof of Claim are included on the website.

If you do not wish to file your claim electronically, or do not have access to the Court's website, you may obtain the Proof of Claim form (Official Form B410) at any Bankruptcy Clerk's Office or online at the Court's website at www.oknb.uscourts.gov. This form may be submitted by regular mail to the following address:

U.S. Bankruptcy Court
Room 105
224 South Boulder Avenue
Tulsa, OK 74103

There is no fee for filing a Proof of Claim.

It is not known at this time whether a distribution to creditors will result; however, in order to participate in any distribution, a claim must be filed.

**PLEASE FILE ONLY ONE CLAIM. IF YOU HAVE PREVIOUSLY FILED A CLAIM, PLEASE DO NOT FILE AGAIN.**

**Dated:** June 6, 2025                              **JOLE ANN AWTREY**
                                                     **CLERK, U.S. BANKRUPTCY COURT**