United States Bankruptcy Court
Northern District of Oklahoma

| | |
|---|---|
| In re: | Case No. 25-10084-T |
| Copper Tree, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1085-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 11, 2025 | Form ID: pdf014 | Total Noticed: 74 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Copper Tree, Inc., 414 SE Washington Blvd, Bartlesville, OK 74006-2428 |
| cr | + | Cherokee Fire Protection Professionals, LLC, P.O. Box 678, Oologah, OK 74053-0678 |
| cr | + | Helton Law Firm, 9125 South Toledo Avenue, 9125 South Toledo Ave, Tulsa, OK 74137-2719 |
| cr | + | Linda Jones, 115 SE Frank Phillips, Bartlesville, OK 74003-3519 |
| 3017310 | | AEP/PSO, 322 Dewalt Avenue SW, Canton, OH 44702-0000 |
| 3017311 | | Archway Properties, 272550 N 3979 Dr, Ochelata, OK 74051 |
| 3022787 | + | Archway Properties, L.L.C., 501 SE Frank Phillips Blvd, 102A, Bartlesville, OK 74003-3913 |
| 3017315 | + | CL Partners LLC, 19 Ridgewood Dr., Rye, NY 10580-1621 |
| 3017312 | + | Cherokee Fire Protection Professionals, LLC, Mitchell Legal, PLLC, 203 E. Hobson Ave, Sapulpa, OK 74066-2809 |
| 3017313 | + | Cintas Corporation, 5940 S. 129th East Ave, Tulsa, OK 74134-6707 |
| 3015730 | + | Craig A. Brand, 11222 Oakshore Lane, Clermont, Florida 34711-5408 |
| 3017316 | + | Craig Brand, 11222 Oakshore Lane, Clermont, FL 34711-5408 |
| 3017317 | + | Crowe and Dunlevy, 222 N. Detroit 600, Tulsa, OK 74103-2415 |
| 3017318 | + | Cynthia Blanchard, 414 SE Washington Blvd, Suite 205, Bartlesville, OK 74006-2428 |
| 3016954 | + | Cynthia Diane Blanchard, 414 SE Washington Blvd., Ste. 205, Bartlesville, OK 74006-2428 |
| 3015732 | + | Dale Takio, personally and individually, as, well as on behalf of his entity Taktik, Enterprises, Inc., A Florida Corporation, 11222 Oakshore Lane, Clermont, Florida 34711-5408 |
| 3029050 | + | Donna Keffer, 1608 Cherokee Hills Drive, Bartlesville, OK 74006-4209 |
| 3017319 | + | Donna Keffer, c/o Pray Walker, 21 N. Greenwood 400, Tulsa, OK 74120-1999 |
| 3017320 | + | Enterprise Global Logistics, 105 Stoneway Rd, Wakefield, RI 02879-3969 |
| 3013473 | + | Frank Lloyd Wright Building Conservancy, c/o Crowe and Dunlevy, 222 N. Detroit 600, Tulsa, OK 74103-2415 |
| 3017321 | + | Glenn Security, 3909 Price Rd, Bartlesville, OK 74006-7206 |
| 3013475 | + | Green Copper Holdings, LLC, 414 SE Washington Blvd 205, Bartlesville, OK 74006-2428 |
| 3013474 | + | Green Copper Holdings, LLC, 530-B Harkle Road Suite 100, Santa Fe, NM 87505-4739 |
| 3017322 | + | Hans Schmoldt, 3305 Woodland Rd, Bartlesville, OK 74006-4523 |
| 3017323 | + | Helm Ventures, 7200 Wisconcin Ave, Suite 500, Bethesda, MD 20814-4833 |
| 3017324 | + | Historic Hotels, 26 Corporate Plaza, Suite 150, Newport Beach, CA 92660-7960 |
| 3017325 | + | Holtz Electric, 318 SW Adeline, Ave, Bartlesville, OK 74003-3111 |
| 3028987 | + | InkTown Designs, LLC, 1608 Cherokee Hills Dr., Bartlesville, OK 74006-4209 |
| 3017326 | + | Inktown Design, 1608 Cherokee Hills Drive, Bartlesville, OK 74006-4209 |
| 3013476 | + | Jess Kane, PO Box 1066, Bartlesville, OK 74005-1066 |
| 3028698 | + | Jessica Holeman, 406 N. Bradley Ave, Caney, KS 67333-2523 |
| 3017327 | + | Jessica Holman, 406 North Bradley Ave, Caney, KS 67333-2523 |
| 3017328 | + | Joe Hassan, 105 Stoneway Rd, Wakefield, RI 02879-3969 |
| 3017329 | + | John Marcott, 397240 West 3200 Rd, Ramona, OK 74061-3667 |
| 3017330 | + | Josh Gunter, 1515 South Osage, Bartlesville, OK 74003-5828 |
| 3017331 | + | KWON Radio, 1200 SE Frank Phillips Blvd, Bartlesville, OK 74003-4332 |
| 3013477 | + | Levinson Smith and Huffman, 1743 E. 71st St, Tulsa, OK 74136-5108 |
| 3017333 | + | Linda Jones, PMB 117, 1611 S. Utica Ave., Tulsa, OK 74104-4909 |
| 3017332 | + | Linda Jones, 115 1/2 SE Frank Phillips Blvd, Bartlesville, OK 74003-3519 |
| 3013478 | + | Malisa McPherson, 313 NE 21st Street, Oklahoma City, OK 73105-3207 |
| 3029051 | + | Mark Haskell, 115 1/2 SE Frank Phillips, Bartlesville, OK 74003-3519 |
| 3017334 | + | Mark Haskell, 115 1/2 SE Frank Phillips Blvd, Bartlesville, OK 74003-3519 |
| 3017335 | + | McDonald Law Firm, 15 W. 6th Street 2606, Tulsa, OK 74119-5413 |
| 3013479 | + | McFarlin Building, LLC, 11 E 5th Street 500, Tulsa, OK 74103-4454 |
| 3015731 | + | Mike Moran, personally and individually,, and on behalf of his Florida Corp entity, Pictoria Studios USA, 3517 Watercrest Place, Orlando, FL 32835-2527 |
| 3017336 | + | Nathan Aldinger, 5891 Sypes Canyon Rd, Bozeman, MT 59715-9379 |

| District/off: 1085-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 11, 2025 | Form ID: pdf014 | Total Noticed: 74 |

| | | |
|---|---|---|
| 3016894 | + | Nola Renee Nichols, 23538 NS 414 RD, Nowata, OK 74048-4904 |
| 3017337 | + | OKES, 5637 N Classen Blvd, Oklahoma City, OK 73118-4015 |
| 3017339 | + | Paul Aubert, 24 Waterway, Suite 830, Spring, TX 77380-4324 |
| 3017340 | + | Pictoria Studios, c/o Mike Moran, 3517 Watercrest Pl, Orlando, FL 32835-2527 |
| 3017341 | + | Pray Walker, 21 N. Greenwood 400, Tulsa, OK 74120-1999 |
| 3029021 | + | Price Tower Arts Center, Inc., 115 1/2 SE Frank Phillips, Bartlesville, OK 74003-3519 |
| 3017342 | + | Renee Nichols, 23538 NS 414 Rd, Stillwater, OK 74078-0001 |
| 3013480 | + | Robert Hugh, 15 W. 6th 2800, Tulsa, OK 74119-5404 |
| 3017343 | + | Robert Sherwood, 15 W 6th St, Suite 2800, Tulsa, OK 74119-5404 |
| 3013481 | + | Robinett King Elias Buhlinger Brown and Kane, PO Box 1066, Bartlesville, OK 74005-1066 |
| 3017345 | + | SGP Advisors, 501 E Kennedy Blvd, Suite 1000, Tampa, FL 33602-5200 |
| 3017346 | + | SMB Specialists, 13124 E 131st St North, Collinsville, OK 74021-4377 |
| 3017344 | + | Schindler Elevator Corporation, PO Box 93050, Chicago, IL 60673-3050 |
| 3013482 | + | Scott R. Helton PLLC cba Helton Law FIrm Law Firm, 9125 S Toledo Ave, Tulsa, OK 74137-2719 |
| 3017349 | + | TakTik Enterprises & Subsidiaries, c/o Dale Takio, 11222 Oakshore Lane, Clermont, FL 34711-5408 |
| 3023179 | + | Ten-X, LLC, 17600 Laguna Canyon Road, Irvine, CA 92618-5432 |
| 3017350 | | Titus Hillis Reynolds Love, 15 E 5th St Ste 3700, Tulsa, OK 74103-4304 |
| 3017351 | + | Trane USA, 2313 S 20th Street, La Crosse, WI 54601-6726 |
| 3013483 | + | Washington County Treasurer, 420 S Johnstone Rm 101, Bartlesville, OK 74003-6602 |

TOTAL: 65

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcy@oesc.state.ok.us | Jun 11 2025 22:55:00 | Oklahoma Empl. Sec. Comm., PO Box 53039, Oklahoma City, OK 73152-3039 |
| smg | | Email/Text: bankruptcysecretary@tax.ok.gov | Jun 11 2025 22:55:00 | Oklahoma Tax Commission, General Counsel's Office, 100 N Broadway Ave, Suite 1500, Oklahoma City, OK 73102-8601 |
| smg | | Email/Text: bankruptcy@tulsacounty.org | Jun 11 2025 22:55:00 | Tulsa County Treasurer, John M. Fothergill, 218 W 6th St., 8th Fl, Tulsa, OK 74119-1004 |
| 3017314 | | Email/Text: gavaught@cityofbartlesville.org | Jun 11 2025 22:55:00 | City of Bartlesville, 401 S. Johnstone, Bartlesville, OK 74003-0000 |
| 3028570 | + | Email/Text: kloudtrustee@titushillis.com | Jun 11 2025 22:55:40 | Enterprise Global Logistics, c/o Kelley G. Loud, Titus Hillis Reynolds Love, 15 East 5th St, #3700, Tulsa, OK 74103-4304 |
| 3028569 | + | Email/Text: kloudtrustee@titushillis.com | Jun 11 2025 22:55:40 | Joseph Hassan, c/o Kelley G. Loud, Titus Hillis Reynolds Love, 15 East 5th St, #3700, Tulsa, OK 74103-4304 |
| 3017338 | | Email/Text: bankruptcy@ong.com | Jun 11 2025 22:55:00 | Oklahoma Natural Gas, Po Box 401, Oklahoma City, OK 73101-0401 |
| 3017348 | + | Email/Text: BANKRUPTCIES@CABLEONE.BIZ | Jun 11 2025 22:55:00 | Sparklight, PO Box 78000, Phoenix, AZ 85062-8000 |
| 3017347 | + | Email/Text: BANKRUPTCIES@CABLEONE.BIZ | Jun 11 2025 22:55:00 | Sparklight, 4127 Nowata Rd, Bartlesville, OK 74006-5120 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Enterprise Global Logistics LLC |
| intp | | Michael Eric Nelson |
| intp | | The McFarlin Building, LLC |
| 3019194 | | Cherokee Fire Protection Professionals, LLC P.O. |
| cr | *+ | Donna Keffer, 1608 Cherokee Hills Drive, Bartlesville, OK 74006-4209 |

| District/off: 1085-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 11, 2025 | Form ID: pdf014 | Total Noticed: 74 |

| cr | *+ | Mark Haskell, 115 1/2 SE Frank Phillips, Bartlesville, OK 74003-3519 |
| cr | *+ | Price Tower Arts Center, Inc., 115 1/2 SE Frank Phillips, Bartlesville, OK 74003-3519 |

TOTAL: 4 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian L. Mitchell | on behalf of Creditor Cherokee Fire Protection Professionals LLC reception@mitchelllegalpllc.com |
| Colleen Morris | on behalf of Creditor Helton Law Firm colleen@heltonlawfirm.com |
| Gary M. McDonald | on behalf of Interested Party The McFarlin Building LLC gmcdonald@mcdonaldpllc.com, hdowell@mmmsk.com |
| Karen Walsh | on behalf of U.S. Trustee Office of the United States Trustee karen.walsh@usdoj.gov |
| Kelley G. Loud | on behalf of Creditor Enterprise Global Logistics LLC kloud@titushillis.com croush@titushillis.com;lmcpherson@titushillis.com;kdonnell@titushillis.com |
| Kevin P Doyle | on behalf of Creditor Price Tower Arts Center Inc. kdoyle@praywalker.com, mluger@praywalker.com |
| Kevin P Doyle | on behalf of Creditor Mark Haskell kdoyle@praywalker.com mluger@praywalker.com |
| Kevin P Doyle | on behalf of Creditor Linda Jones kdoyle@praywalker.com mluger@praywalker.com |
| Kevin P Doyle | on behalf of Creditor Donna Keffer kdoyle@praywalker.com mluger@praywalker.com |
| Maxfield James Malone | on behalf of Creditor Price Tower Arts Center Inc. mmalone@praywalker.com, mluger@praywalker.com |
| Maxfield James Malone | on behalf of Creditor Mark Haskell mmalone@praywalker.com mluger@praywalker.com |
| Maxfield James Malone | on behalf of Creditor Linda Jones mmalone@praywalker.com mluger@praywalker.com |
| Maxfield James Malone | on behalf of Creditor Donna Keffer mmalone@praywalker.com mluger@praywalker.com |
| Office of the United States Trustee | USTPRegion20.TU.ECF@usdoj.gov |
| Patrick J. Malloy, III | pjmiiim@sbcglobal.net pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com |
| Ron D. Brown | on behalf of Debtor Copper Tree Inc. ron@ronbrownlaw.com, ronbrownecf@gmail.com;brownrr74765@notify.bestcase.com;17792@notices.nextchapterbk.com;BrownLawFirmPC@jubileebk. |

District/off: 1085-4  User: admin  Page 4 of 4
Date Rcvd: Jun 11, 2025  Form ID: pdf014  Total Noticed: 74

net

TOTAL: 16

MIME-Version:1.0

\*\*\*NOTICE: This document constitutes an official stamp of the Court and, if attached to the document identified below, serves as a file stamped copy of the pleading. The first page of this document may be used in lieu of the Court's mechanical file stamp for the named document only, and misuse will be treated the same as misuse of the Court's official mechanical stamp. The Court's Electronic Document Stamp is a verifiable mathematical computation unique to the filed document and the Court's private encryption key. This alpha-numeric code assures that any change can be detected.

U.S. Bankruptcy Court

Northern District of Oklahoma

Notice of Electronic Filing

The following transaction was received from CR entered on 6/11/2025 at 2:26 PM CDT and filed on 6/11/2025

**Case Name:** Copper Tree, Inc.
**Case Number:** 25-10084-T
**Document Number:** 43

**Docket Text:**
Copy of Order Granting Motion to Substantively Consolidate on Lead Case 25-10088-T with Member Case 25-10084-T. (CR)

**Document description:** Main Document
**Original filename:** Order Consolidating 25-10088.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1052166465 [Date=6/11/2025] [FileNumber=5692549-0
] [1d24ccb661c7ea08385e0cb1caf79b8b91195d8b1bc7c5461109b6b8f55a692f071
700d2af314b67c8835a80ce67ea0fd6ca09859c05764c5fc1a36bc4d1afb0]]

**25-10084-T Notice will be electronically mailed to:**

Ron D. Brown on behalf of Debtor Copper Tree, Inc.
ron@ronbrownlaw.com,
ronbrownecf@gmail.com;brownrr74765@notify.bestcase.com;17792@notices.nextchapterbk.com;BrownLawFirmPC@jub

Kevin P Doyle on behalf of Creditor Price Tower Arts Center, Inc.
kdoyle@praywalker.com, mluger@praywalker.com

Kevin P Doyle on behalf of Creditor Donna Keffer
kdoyle@praywalker.com, mluger@praywalker.com

Kevin P Doyle on behalf of Creditor Linda Jones
kdoyle@praywalker.com, mluger@praywalker.com

Kevin P Doyle on behalf of Creditor Mark Haskell
kdoyle@praywalker.com, mluger@praywalker.com

Kelley G. Loud on behalf of Creditor Enterprise Global Logistics LLC
kloud@titushillis.com, croush@titushillis.com;lmcpherson@titushillis.com;kdonnell@titushillis.com

Patrick J. Malloy, III
pjmiiim@sbcglobal.net, pjmiiim@sbcglobal.net;pmalloy@ecf.axosfs.com;malloy@premierremote.com

Maxfield James Malone on behalf of Creditor Price Tower Arts Center, Inc.
mmalone@praywalker.com, mluger@praywalker.com

Maxfield James Malone on behalf of Creditor Donna Keffer
mmalone@praywalker.com, mluger@praywalker.com

Maxfield James Malone on behalf of Creditor Linda Jones
mmalone@praywalker.com, mluger@praywalker.com

Maxfield James Malone on behalf of Creditor Mark Haskell
mmalone@praywalker.com, mluger@praywalker.com

Gary M. McDonald on behalf of Interested Party The McFarlin Building, LLC
gmcdonald@mcdonaldpllc.com, hdowell@mmmsk.com

Brian L. Mitchell on behalf of Creditor Cherokee Fire Protection Professionals, LLC
reception@mitchelllegalpllc.com

Colleen Morris on behalf of Creditor Helton Law Firm
colleen@heltonlawfirm.com

Office of the United States Trustee
USTPRegion20.TU.ECF@usdoj.gov

Karen Walsh on behalf of U.S. Trustee Office of the United States Trustee
karen.walsh@usdoj.gov

**25-10084-T Notice will not be electronically mailed to:**

Michael Eric Nelson
,



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GREEN COPPER HOLDINGS, LLC | ) | CASE NO. 25-10088-T |
| EIN # xx-xxx9708 | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## ORDER

This matter having come on for consideration this 11th day of June 2025, on the *TRUSTEE'S NOTICE AND MOTION TO SUBSTANTIVELY CONSOLIDATE COPPER TREE, INC. CASE NO. 25-10084-T AND NOTICE OF OPPORTUNITY FOR HEARING* (the "Motion") (Doc. No. 104), the Court finds:

1. The motion was filed on May 13, 2025, seeking an order authorizing the substantive consolidation of Copper Tree, Inc. ("Copper Tree") on the basis that Copper Tree is the alleged parent of the Debtor and there is substantial identity between the Debtor and Copper Tree and on the basis that such consolidation will result in benefit to the estate.

2. The Trustee provided timely and proper Notice of the proposed consolidation to all necessary and interested parties.

3. No objections to the proposed consolidation were filed within the time prescribed in the motion.

4. The proposed consolidation is fair and equitable and in the best interests of the estate.

IT IS THEREFORE ORDERED that Copper Tree, Inc. (Case No. 25-10084-T) shall be substantively consolidated with this estate effective the date these proceedings were filed.

BY THE COURT:

PAUL R. THOMAS, CHIEF JUDGE
UNITED STATES BANKRUPTCY

Submitted By:
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma  74103
Telephone:   918-699-0345
Fax:            918-699-0325
*ATTORNEYS FOR TRUSTEE*